USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1-6-20**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

CHONG, :
:
                Plaintiff, :
:
      -against- :     1:16-CV-5591-ALC
:
GOLDEN 88 SPOON INC. et al., :     **ORDER**
:
             Defendants. :
:
:
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will conduct a ▮▮▮▮▮ status conference in this action on January 21, 2020 at

2:00 p.m. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time

specified above.

**SO ORDERED.**

**Dated:**   January 6, 2020

      New York, New York                **ANDREW L. CARTER, JR.**
                                         **United States District Judge**