UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------  x
:
**CHONG ET AL,** :
:
:
**Plaintiffs,** :
:   1:16-cv-05591(ALC)
-against- :
:   **ORDER**
**GOLDEN 88 SPOON INC. ET AL,** :
:
**Defendant.** :
:
-----------------------------------------------------------  x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/20

**ANDREW L. CARTER, JR., United States District Judge:**

On March 5, 2020, the Court ordered the parties to submit a joint pretrial order by April 22, 2020 and proposed jury instructions, voir dire requests, and motions in limine by April 24, 2020. According to Plaintiff's April 22, 2020 letter, Defendants have failed to comply with these deadlines. Accordingly, Defendants are hereby ordered to comply by responding to Plaintiff's pretrial order by Wednesday, May 13, 2020.

The pre-trial conference previously scheduled for May 8, 2020 is ADJORUNED to October 15, 2020 at 10:00 a.m. and the jury selection and trial date previously scheduled for May 14, 2020 is ADJOURNED to October 19, 2020 at 9:30 a.m.

Proposed jury instructions, voir dire requests, and motions in limine are due October 1, 2020.

**SO ORDERED.**

**Dated:    May 7, 2020**
**         New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**