**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**CHONG ET AL,**                                             :
                                                             :
                **Plaintiff,**  :
                                                             :
        -against-                                  :  1:16-cv-5591-ALC
                                                             :
**GOLDEN 88 SPOON INC. ET AL,**                              :  **ORDER**
                                                             :
              **Defendants.**                :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/5/20

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will conduct a telephone status conference in this action on October 20, 2020 at 3:00 p.m.  Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**  October 5, 2020
      New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**