```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-7-20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

CHONG,

                        Plaintiff,

               -against-

**GOLDEN 88 SPOON INC. ET AL,**

                    Defendant(s)
-------------------------------------------------------X

**ORDER**

**16-CV-5591 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone status conference scheduled for October 20, 2020 is rescheduled to **October 13, 2020** at **2:00 p.m.** Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated: New York, New York
       October 7, 2020

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES DISTRICT JUDGE**