```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 14, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*

            **Plaintiff,**

            -against-

**GOLDEN 88 SPOON INC., et al.,**

            **Defendants.**

**16-cv-05591 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties failed to appear for the October 13, 2020 telephone conference. The telephone status conference is rescheduled to October 28, 2020 at 11:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated: October 14, 2020
       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**