USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _October 28, 2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*

          **Plaintiff,**

          -against-

**GOLDEN 88 SPOON INC., et al.,**

          **Defendants.**

**16-cv-05591 (ALC) (GWG)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court held a telephone conference on October 28, 2020. The parties have consented to a bench trial. The parties shall file a joint status report by November 13, 2020, advising the Court on their availability for trial in January or February and whether the parties intend to conduct a virtual or live bench trial.

**SO ORDERED.**

Dated: October 28, 2020
       New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**