USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHEK MOOI CHONG ET AL,** <br><br> Plaintiffs, <br><br> -against- <br><br> **GOLDEN 88 SPOON INC. ET AL,** <br><br> Defendants. | **16-cv-5591 (ALC) (GWG)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter. (ECF No. 79). The Parties shall file a joint status report by May 21, 2021, indicating whether the Parties are available June 21, 2021 and June 22, 2021 for a bench trial. Additionally, the Parties shall indicate whether they consent to a virtual bench trial.

**SO ORDERED.**

Dated:    May 17, 2021
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**