USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 4, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHEK MOOI CHONG ET AL,**<br><br>                      **Plaintiffs,**<br><br>-against-<br><br>**GOLDEN 88 SPOON INC. ET AL,**<br><br>                      **Defendants.** | **16-cv-5591 (ALC) (GWG)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties agreed to a virtual bench trial. The bench trial will be conducted through TrialGraphix. If the trial is conducted through TrialGraphix, the Parties shall bear the cost of this service. The Parties shall file a joint status letter by June 10, 2021, stating whether they agree to conducting the virtual bench trial through TrialGraphix.

**SO ORDERED.**

Dated:    June 4, 2021
              New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**