USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 6, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHEK MOOI CHONG ET AL,** | |
| **Plaintiffs,** | **16-cv-5591 (ALC) (GWG)** |
| -against- | **ORDER** |
| **GOLDEN 88 SPOON INC. ET AL,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court cancels the July 6, 2021 bench trial. The parties shall file a status letter by July 9, 2021.

**SO ORDERED.**

Dated: July 6, 2021
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**