USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*,

                **Plaintiff,**

-against-

**GOLDEN 88 SPOON INC. ET AL.,**

                **Defendants.**

**16-cv-05591 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On July 7, 2021, Plaintiff filed a letter requesting a pre-motion conference regarding a motion to preclude testimony from Defendant Yin Zheng and Corporate Defendants and a motion for a directed verdict. ECF No. 91. To date, Defendants have not responded. Accordingly, Defendants are hereby ordered to respond by **October 29, 2021**.

**SO ORDERED.**

**Dated:   October 20, 2021
New York, New York**

                **ANDREW L. CARTER, JR.
                United States District Judge**