USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/1/2021_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated,*<br><br>       **Plaintiff,**<br><br>      **-against-**<br><br>**GOLDEN 88 SPOON INC. ET AL.,**<br><br>       **Defendants.** | **16-cv-05591 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

As ordered at today's conference, the parties shall meet and confer on **Friday, December 3, 2021 at 2:00 p.m.** and submit a joint status report by **Tuesday, December 7, 2021**.

**SO ORDERED.**

**Dated:   December 1, 2021**
   **New York, New York**

            **ANDREW L. CARTER, JR.**
            **United States District Judge**