USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/10/21____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHEK MOOI CHONG,** *individually and on*
*behalf of all other employees similarly situated***,**

**Plaintiff,**

-against-

**GOLDEN 88 SPOON INC. ET AL.,**

**Defendants.**

**16-cv-05591 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' status letters. ECF Nos. 99, 100. The parties are again ordered to meet and confer and submit a *joint* status letter no later than **Wednesday, December 15, 2021**. The letter shall clearly state (1) the alleged conflict of interest regarding defense counsel, (2) the claims and issues that remain pending and were not resolved by Plaintiff's summary judgment motion, and (3) proposed next steps.

The Court will hold a telephonic status conference on **Friday, December 17, 2021 at 12:00 p.m.** All parties shall appear and contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:   December 10, 2021**
**New York, New York**                    _____
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**