```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/11/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*,

           **Plaintiff,**

-against-

**GOLDEN 88 SPOON INC. ET AL.,**

           **Defendants.**

**16-cv-05591 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The order dated April 6, 2021, ECF No. 112, is hereby **VACATED.** Due to a clerical error, that order listed Defendant Xinju Zheng as lacking counsel. The parties should instead refer to the instant order.

    The Court is in receipt of the stipulation of voluntary dismissal as to Defendant Xueqin Zheng's claims. No later than April 13, 2022, the Parties shall file a letter explaining whether this dismissal in this FLSA action is subject to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and, if so, the Parties shall file the requisite fairness letter.

    Further, it appears that Defendant Yin/Terry Zheng is proceeding *pro se*. Defendant Yin/Terry Zheng has failed to provide his mailing address, telephone number, and email address. Accordingly, Defendant Yin/Terry Zheng shall do so no later than April 13, 2022. Corporate Defendants, Xueqin Zheng, and Bi Chen have neither retained counsel nor notified the Court that they will represent themselves. Accordingly, Plaintiff shall inform the Court by April 13, 2022 whether she shall move for default judgment as to those Defendants or dismiss those Defendants.

    Plaintiff is directed to send this order to *pro se* defendant Yin/Terry Zheng at zhengyin333@gmail.com, the email address provided by his former counsel Zhou Wang. *See* ECF No. 107. Plaintiff shall file proof of service by April 7, 2022.

**SO ORDERED.**

Dated:  **April 11, 2022**
         **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**