```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/17/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*,

        **Plaintiff,**

-against-

**GOLDEN 88 SPOON INC. ET AL.,**

        **Defendants.**

**16-cv-05591 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    To bring final resolution to this longstanding matter, the Court will take the testimony and evidence presented by the Parties at trial under consideration and enter findings of fact and conclusions of law.

    Plaintiffs are directed to serve the unrepresented defendants, forthwith, with a copy of this Order and a translation of this Order, by means reasonably calculated to reach them, and to file proof of service.

**SO ORDERED.**

**Dated:** May 17, 2022
       New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**