```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/2/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*,

                Plaintiff,

-against-

**GOLDEN 88 SPOON INC. ET AL.,**

                Defendants.

**16-cv-05591 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephone conference in this case on August 17, 2022 at 12:00 p.m. All parties shall attend and contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

      Plaintiffs are directed to serve the unrepresented defendants with a copy of this Order and a translation of this Order, by means reasonably calculated to reach them. Plaintiffs were also ordered to serve those defendants with a copy of the Court's May 17, 2022 Order (ECF No. 115). Plaintiffs shall file proof of service of both Orders by August 5, 2022.

**SO ORDERED.**

**Dated:**   **August 2, 2022**
         **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**