```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/5/22__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEK MOOI CHONG, *individually and on behalf of all other employees similarly situated*,

Plaintiff,

-against-

GOLDEN 88 SPOON INC. ET AL.,

Defendants.

16-cv-05591 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The telephone conference scheduled for August 17, 2022 at 12:00 p.m. will instead take place on August 17, 2022 at **3:00 p.m**. All parties shall attend and contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

Plaintiffs are directed to serve the unrepresented defendants with a copy of this Order and a translation of this Order, by means reasonably calculated to reach them. Plaintiff shall file proof of service of by August 9, 2022.

**SO ORDERED.**

**Dated:   August 5, 2022**
         New York, New York

        ANDREW L. CARTER, JR.
        United States District Judge