USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___8/17/22_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHEK MOOI CHONG,** *individually and on behalf of all other employees similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>**GOLDEN 88 SPOON INC. ET AL.,**<br><br>Defendants. | **16-cv-05591 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record at today's hearing in the Court's findings of fact and conclusions of law, Plaintiff has failed to establish the liability of Defendants Xueqin Zheng, Bi Chen, and Xingju Zheng. Defendants Xueqin Zheng, Bi Chen, and Xingju Zheng are hereby dismissed.

Additionally, for the reasons stated on the record at today's hearing, Plaintiff shall file a motion for default judgment against Defendants Yin "Terry" Zheng, Golden 88 Spoon Inc. and Tj Prime Inc. by September 7, 2022 and serve the motion and papers upon Defendants Yin "Terry" Zheng, Golden 88 Spoon Inc. and Tj Prime Inc. Plaintiff's motion shall be supported by sufficient evidence to determine damages. Defendants Yin "Terry" Zheng, Golden 88 Spoon Inc., and Tj Prime Inc. shall have until September 14, 2022 to appear and oppose the motion. Failure to do so will result in a grant of the default judgment motion.

**Plaintiffs are directed to serve the unrepresented defendants with a copy of this Order and a translation of this Order, by means reasonably calculated to reach them. Plaintiff shall file proof of service of by August 18, 2022.**

The Clerk of Court is respectfully requested to (1) enter default against Defendants Yin "Terry" Zheng, Golden 88 Spoon Inc, and Tj Prime Inc. pursuant to Federal Rule of Civil

Procedure 55(a), and (2) terminate Defendants Xueqin Zheng, Bi Chen, and Xingju Zheng.

**SO ORDERED.**

**Dated:** **August 17, 2022**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　**United States District Judge**