UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEK MOOI CHONG, *on behalf of all others similarly situated*,<br><br>         **Plaintiff,**<br><br>    -against-<br><br>GOLDEN 88 SPOON INC., et al.,<br><br>         **Defendants.** | 16-cv-5591 (ALC)<br><br>**DEFAULT JUDGMENT** |

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff Shek Mooi Chong brings this action against Defendants Ying Zheng, "Terry" Zheng, Golden 88 Spoon Inc., and TJ Prime Inc. ("Defaulting Defendants") asserting claims unpaid minimum and overtime wages due under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). (*See generally*, Compl., ECF No. 1.) After the Defaulting Defendants failed to participate in this litigation, the Court directed Plaintiff to file a motion for default judgment against Defaulting Defendants by September 7, 2022 and to serve the motion and supporting papers on Defaulting Defendants. (ECF No. 121.)

  The Clerk of Court issued a Certificate of Default on August 19, 2022. (ECF No. 123.) Plaintiffs moved for default judgment on September 7, 2022. (ECF No. 126–129.) The Court entered an Order to Show Cause on May 31, 2023 directing Defendants to show cause in writing why default judgment should not be entered by April 26, 2023. (ECF No. 130.) Defaulting Defendants were directed that any opposition to the motion must be filed by June 21, 2023 and that failure to appear and oppose the motion could result in a default judgment against Defaulting Defendants. (*Id*.) To date, Defaulting Defendants have not opposed the motion or otherwise participated in the action since that time.

  Accordingly, having considered the Declaration of Ge Qu dated and filed September 7,

2022, (ECF No. 127), the Memorandum of Law in Support of the Motion for Default Judgment, (ECF No. 128), as well as the Summons and Complaint previously filed in this action, and Affidavit of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiffs' favor against Defaulting Defendants on all counts of Plaintiff's Complaint as to liability only.

**SO ORDERED.**

**Dated: August 2, 2023**
     New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**