UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shek Mooi Chong,

                Plaintiff,        Case No.: 1:16-cv-05591-ALC

           -against-        **DEFAULT JUDGMENT**

Golden 99 Spoon Inc. d/b/a Spoon Asian Fusion,
TJ Prime Inc. d/b/a Spoon Asian Fusion,
Yin Zheng, Xueqin Zheng, Terry Zheng,
Bi Chen, Xingju Zheng,

                Defendants.
------------------------------------------------------------X

This cause comes before this Court upon the motion for default judgment by Plaintiff Shek Mooi Chong ("Plaintiff"), against ing Zheng, "Terry" Zheng, Golden 88 Spoon Inc., and Tj Prime Inc. ("Defendants"). After careful consideration of Plaintiff's moving papers, combined with the Court's familiarity with the allegations in this case, the motion is granted.

This action having been commenced on July 13, 2016 by the filing of the Complaint. Defendants filed an answer on October 9, 2016 and participated extensively in pretrial activities. Subsequently, Defendants failed to otherwise defend this action. A certificate of default was entered by the Clerk of Court on August 18, 2022. Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. That Defendants shall be liable to Plaintiff, jointly and severally, in the amount of $158,137.27 with interest at 9% from July 13, 2016 up to the date of judgment; statutory damages in the amount of $10,000; liquidated damages in the amount of $61,054.08, reasonable attorney's fees in the amount of $35,579.80;

plus costs and disbursements of this action in the amount of $1,824.80.

Dated:  9/20/2023

_____

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE